```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


SAMUEL JOHN,                       :
        Plaintiff                  :
                                   :
        vs.                        :     CIVIL NO. 1:CV-09-0134
                                   :
YORK COUNTY PRISON,                :
WARDEN THOMAS HOGAN,
PHYSICIAN DR. YOUNG and            :
NURSE JANE DOE,
        Defendants                 :
```

*O R D E R*

AND NOW, this 6th day of July, 2009, upon consideration of the report and recommendation of the magistrate judge (doc. 21), filed June 5th, 2009, to which no objections were filed, and upon independent review of the record, it is ordered that:

   1. The magistrate judge's report is adopted.

   2. The amended complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2).

   3. The Clerk of Court shall close this file.

                                    /s/William W. Caldwell
                                    William W. Caldwell
                                    United States District Judge